**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____,
(Plaintiff)
V.                                                            _____
                                                                              (Case Number)
_____,
(Defendant)

**CONSENT TO ELECTRONIC NOTICE BY SELF-REPRESENTED PARTY**

I, _____ hereby consent to the court using
(Name of self-represented party)
my email address, as listed below, for the purpose of sending me notifications of orders and notices issued by the court. I also consent to opposing counsel using my email address for the purposes of sending me papers filed with the court.

I understand that I must register at [Public Access to Court Electronic Records | PACER: Federal Court Records (pacer.uscourts.gov)](https://pacer.uscourts.gov) to retrieve electronic documents.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

_____
Name of Self-Represented Litigant

_____
Street Address

_____                            _____
City, State, Zip Code                                                           Telephone Number

_____
Email Address

_____                            _____
Date                                                                                          Signature

Rev. 8/23/23